STEPHEN REDLICH, an Infant, by THEODORE REDLICH, His Guardian ad Litem, Appellant, v. CHARLES GULLATTO, Respondent. THEODORE REDLICH, Appellant, v. CHARLES GULLATTO, Respondent.— Judgments for the defendant in actions for personal injuries and loss of services growing out of a collision between the motorcycle of plaintiff Stephen Redlich and defendant's automobile unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ABRAHAM REVUTSKY, as Administrator, etc., of MIRIAM REVUTSKY, Deceased, Respondent, v. DANIEL B. FULLER and Another, Appellants.— Order denying the defendants' motion to dismiss the complaint affirmed, without costs. (*Lynch* v. *Erie Railroad Co.*, 236 App. Div. 805; *Lustig* v. *N. Y., L. E. & W. R. R. Co.*, 65 Hun, 547; *United States* v. *Memphis Cotton Oil Co.*, 288 U. S. 62, 68.) Order granting plaintiff's motion to serve an amended complaint modified by eliminating therefrom the paragraph " Ordered that the defendants are not entitled to nor shall they plead to said amended complaint the Statute of Limitations specified in the 'Death ' Statute of the State of New Jersey." As so modified the order is affirmed, without costs. No opinion. Motion No. 1250 (242 App. Div. 838), to dismiss appeals, renewed upon the argument, dismissed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.